# EXHIBIT A

**Bank of America**
Home Loans

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Statement date 11/29/2012 | 1 of 4
**Account Number 166079304**
Property address
59 Fleetwood Rd.

| Home loan overview | |
|---|---|
| Principal Balance | $263,970.67 |
| Escrow balance | $216.08 |
| Unapplied funds† | $416.36 |

0006356 01 AT 0.371 **AUTO  T0 0 9586 07095-1905
MSR C2 AG 0101-----0--2--- C0000050 IN 1 P06362
JERRY K WONG
59 Fleetwood Rd
Woodbridge NJ 07095-1905

## IMPORTANT NOTICE

**Our records indicate that your loan is in default.**

If you recently sent us the Total payments due to bring loan current, please disregard this notice. However, if you have not yet mailed the Total payments due to bring loan current, please send it with the attached coupon immediately. Please note that additional amounts may become past due. Until your account is fully current, Bank of America, N.A. will proceed with all actions to collect our debt and to protect our interest in your property, and you will be responsible for all costs incurred in this process to the full extent permitted by law.

Please contact your loan counselor to obtain the exact amount due to bring your account fully current. If you cannot return the Total payments due to bring loan current at this time, or if you recently sent less than the Total payments due to bring loan current, *it is very important that you contact us as soon as possible*. If we do not hear from you, we may return payments that are less than what you owe.

Note to Delaware Residents: Delaware residents who are struggling with their mortgage payments will find information on state-supported assistance by visiting www.deforeclosurehelp.org.

If you have any questions or need additional information, please contact our office at 1.800.669.6654.

Sincerely,
LOAN SERVICING
Loan Counselor

### Payments and amounts due summary

| Current payment due on 12/01/2012 as of 11/29/2012 | |
|---|---|
| Principal and/or interest payment | $1,942.54 |
| Escrow payment amount | $951.47 |
| **Payment due on 12/01/2012** | **$2,894.01** |
| Late charge of $97.13 if payment received after 12/17/2012 | |

†For more information, please see the **Other Important Information** section of this statement.

| Total payments due to bring loan current† | |
|---|---|
| Principal and interest payments due (past and current) | $5,827.62 |
| Escrow payments due (past and current) | $2,844.04 |
| **Total** | **$8,671.66** |

| Total payments and amounts due | |
|---|---|
| Payments past due (incl. opt. prod. as applies) | $5,777.65 |
| Current payment due on 12/01/2012 | $2,894.01 |
| Outstanding late charges | $97.13 |
| **Total** | **$8,768.79** |

---

I can make your payment:

By automatic draft payment using PayPlan
Online at www.bankofamerica.com
By phone - call 1.800.669.6607
At any Bank of America Banking Center
By mail using the enclosed envelope
 - Make your check payable to Bank of America, N.A.
 - Please write your loan number on the check or money order
 - Include this payment coupon with your check (do not staple your check to the coupon)
 - Please do not send cash or include correspondence

Loan Number  **166079304**   (1)
Jerry K Wong
59 Fleetwood Rd.
Woodbridge, NJ 07095

9586

Bank of America, N.A.
PO BOX 15222
WILMINGTON, DE 19886-5222

| Payment due **Dec 1, 2012** | ***$2,894.01** |
|---|---|
| If payment received after **Dec 17, 2012** | **$2,991.14*** |

* "Payment due" does not include any past due payments, outstanding late charges or fees due.

| Additional Principal | |
|---|---|
| Additional Escrow | |
| Total amount enclosed | |

16607930410000028940100029911 4

⑆586990058⑈ 166079304⑊

0006356 0015598

## Home loan details

### Loan type and term
| | |
|---|---|
| Loan type | 30 Yr Conv w/PMI |
| Contractual remaining term | 24 Years, 8 Months |
| Interest rate | 6.000% |

### Property related expenses
With the exception of the items marked with an asterisk (*), we are responsible for the payment of the following items, which are included in your escrow account. The payment of the items marked with an asterisk (*) is the responsibility of the homeowner.

| | Description | Payee | Policy number/Tax ID | Frequency | Next due date | Amount due |
|---|---|---|---|---|---|---|
| | City taxes | Woodbridge Township Tax Collec | 00282000200011000000000 | Annual | 04/01/2013 | 2,370.81 |
| * | Homeowners insurance | Homesite Indemnity Company | 30527125 | Annual | 04/30/2013 | 1,061.00 |
| | Monthly PMI | Radian Guaranty Inc. | 99661710 | Monthly | 12/30/2012 | 116.58 |
| | City taxes | Woodbridge Township Tax Collec | 00282000200011000000000 | Annual | 07/01/2013 | 2,471.56 |
| | City taxes | Woodbridge Township Tax Collec | 00282000200011000000000 | Annual | 10/01/2013 | 2,471.56 |
| | City taxes | Woodbridge Township Tax Collec | 00282000200011000000000 | Annual | 01/01/2013 | 2,370.82 |

### Recent home loan activity

| Date | Description | Principal | Interest | Escrow | Unapplied funds | Total |
|---|---|---|---|---|---|---|
| 11/16/2012 | September payment | $618.93 | $1,323.61 | $941.10 | $416.36 | $3,300.00 |
| 11/16/2012 | PMI payment | | | -$116.58 | | -$116.58 |
| | **Ending balance | $263,970.67 | | $216.08 | | |

**NOTE: The ending balance is probably not the same as the amount to pay off your loan. For payoff information, you may use our 24-hour automated information system at 1.800.669.5833.

**IMPORTANT NOTICE** Bank of America, N.A. is here to help you bring your loan current. For payment arrangements, call 1.800.669.6607. As long as your loan remains delinquent, Bank of America, N.A. will conduct inspections of your property on a periodic basis. These inspections are provided for in your loan documents. Bank of America, N.A. will inspect your property to confirm occupancy, identify the occupants, and observe the physical condition of the property. You are responsible for paying the cost of these inspections.



Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2012 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number 166079304
E-mail use: Providing your e-mail address(es) below will allow us to send you information on your account
Jerry K Wong
E-mail address

E-mail address

0006356 0015598