UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JERRY K. WONG, | : | |
| Plaintiff, | | |
| | : | |
| VS. | | |
| | : | |
| | | 14cv3252 |
| PHELAN, HALLINAN & DIAMOND, PC, et al., | : | |
| Defendants. | : | **ORDER OF REALLOCATION AND REASSIGNMENT** |
| | : | |
| | : | |

- - - - - - - - - - -

It is on this 22nd day of July, 2014 on the Court's own motion:

ORDERED that the above entitled matter is hereby reallocated from CAMDEN to NEWARK and reassigned from JUDGE JUDGE ROBERT B. KUGLER to JUDGE ESTHER SALAS.

                                                   s/ Jerome B. Simdandle
                                          **JEROME B. SIMANDLE, CHIEF JUDGE**