## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)    DATE: 7/17/14   12:10 Pm

NAME OF SERVER (PRINT): NEAL GEORGE    TITLE: Process Server

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Phelan, Hallinan & Diamond, PC, 400 Fellowship Rd., Mount Laurel, NJ 08054

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[✓] Name of person with whom the summons and complaint were left: Brian Yoder, Esq. Associate

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/20/14
Date

Signature of Server: Neal George

Address of Server: 1359 Littleton Rd., Morris Plains, N.J. 07950