FLASTER GREENBERG, PC
By:　　Kenneth S. Goodkind, Esq. (030631978)
1810 Chapel Avenue West
Cherry Hill, NJ  08002
Telephone: 856-661-2273
Facsimile: 856-661-1919
E-mail: ken.goodkind@flastergreenberg.com
Attorneys for Movant/Defendant Phelan Hallinan & Diamond, P.C.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JERRY K. WONG, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PHELAN HALLINAN & DIAMOND, PC, and GREEN TREE SERVING, LLC,<br><br>　　　　　　　　　　Defendants | Case No. 2:14-cv-03252-ES-JAD |

**MOTION OF DEFENDANT PHELAN HALLINAN & DIAMOND, PC
TO DISMISS COMPLAINT WITH PREJUDICE**

Defendant Phelan Hallinan & Diamond, PC respectfully moves to dismiss the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in the accompanying Memorandum of Law.  A proposed form of Order is attached.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　By:　 /s/ *Kenneth S. Goodkind*
　　　　　　　　　　　　　　　Kenneth Goodkind, Esq.
　　　　　　　　　　　　　　　**FLASTER/GREENBERG P.C.**
　　　　　　　　　　　　　　　1810 Chapel Avenue West
　　　　　　　　　　　　　　　Cherry Hill, New Jersey 08002
　　　　　　　　　　　　　　　*Attorneys for Defendant Phelan Hallinan & Diamond, PC*

Dated:  September 30, 2014