LAW OFFICES OF
GUS MICHAEL FARINELLA PC

110 Jericho Turnpike – Suite 100
Floral Park, New York 11001
Telephone 516-326-2211
Facsimile 516-305-5566

Gus Michael Farinella
Admitted NY & DC

Ryan L. Gentile
Admitted NY & NJ

October 8, 2014

**Electronically Filed Via CM/ECF**
Clerk of Court
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

      **Re:** **Jerry K. Wong, on behalf of himself and all others similarly situated vs. Pehlan, Hallinan & Diamond, PC and Green Tree Servicing, LLC**
         **Civil Action No. 2:14-cv-03252-ES-JAD**

Dear Sir/Madam:

  I represent the Plaintiff, Jerry K. Wong, on behalf of himself and all others similarly situated, in the above-captioned matter. I am writing pursuant to L.Civ.R.7.1(d)(5) to invoke an automatic extension to respond and/or move in opposition to Defendant, Phelan Hallinan & Diamond PC's Motion to Dismiss Plaintiff's Complaint (Docket Entry No. 18), the current deadline for which is October 20, 2014. The originally noticed motion day has not previously been extended or adjourned. The new motion day will be November 17, 2014, and the new deadline will be November 3, 2014.

  Thank you for your attention to this matter.

  Respectfully submitted,

  /s/ Ryan Gentile

   Ryan Gentile

cc. All Counsel of Record (Via CM/ECF and Electronic Mail)