**KENNETH S. GOODKIND, ESQUIRE**
Member of the NJ, NY & PA Bar
Direct Dial  (856) 661-2273
E-Mail: ken.goodkind@flastergreenberg.com
PLEASE RESPOND TO CHERRY HILL

November 12, 2014

***Via Electronic Filing***
Hon. Esther Salas, U.S.D.J.
United States District Court
District of New Jersey
M. L. King, Jr. Courthouse
Room 5076
40 Walnut Street
Newark NJ  07102

    Re:   ***Jerry K. Wong v. Phelan, Hallinan & Diamond, P.C., et al.***
           ***Case No. 2:14-cv-03252-ES-JAD***
           ***Extension of Time to Reply in Further Support of Motion to Dismiss***

Dear Judge Salas:

      This firm represents defendant Phelan, Hallinan & Diamond, P.C. ("PHD"). I have just returned to my office today, having been out of the country since November 1, 2014. On November 3, 2014, plaintiff Jerry K. Wong filed opposition to PHD's Motion to Dismiss. A reply in further support of PHD's Motion is due November 13, 2014. Because I have just returned to the office, I respectfully request that the Court extend the deadline to reply to November 28, 2014. My office has sought the consent of opposing counsel to extend our reply deadline, but they have not yet responded to that request.

                            Respectfully,

                            FLASTER/GREENBERG P.C.

                            /s/ *Kenneth S. Goodkind*

                            Kenneth S. Goodkind

cc:    Ryan L. Gentile, Esquire (via ecf)

*So Ordered*
*Esther Salas, U.S.D.J.*
11/14/14

4480943 v1