FLASTER GREENBERG, PC
By:    Kenneth S. Goodkind, Esq (ID. No. 030631978)
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Telephone: 856-661-2273
Facsimile: 856-661-1919
E-mail: ken.goodkind@flastergreenberg.com
Attorneys for Defendant Phelan Hallinan Diamond & Jones, PC
f/k/a Phelan Hallinan & Diamond, PC

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JERRY K. WONG, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>PHELAN HALLINAN & DIAMOND, PC and GREEN TREE SERVING, LLC,<br><br>      Defendants. | Case No. 2:14-cv-03252-ES |

**<u>ORDER</u>**

  AND NOW this ____ day of August, 2015, upon consideration of the request of defendant Phelan Hallinan Diamond & Jones PC (misnamed in the Complaint as Phelan, Hallinan & Diamond, PC; "PHD") for leave to file a Reply Brief in Further Support of PHD's Motion for Reconsideration of the June 25, 2015 Opinion and Order denying PHD's Motion to Dismiss Complaint, and for other good cause shown,

  **IT IS HEREBY ORDERED** that request of the PHD to file its reply brief is **GRANTED**; and it is

5116053 v1

**FURTHER ORDERED** that the Reply Brief by the PHD attached to its letter as Exhibit A is deemed filed as of the date of this Order.

BY THE COURT:

_____
Esther Salas, U.S.D.J.

5116053 v1