LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

110 Jericho Turnpike – Suite 100
Floral Park, New York 11001
Telephone 516-326-2211
Facsimile 516-305-5566

Gus Michael Farinella                                                                                                         Supreet Parmar
Admitted NY & DC                                                                                                            Paralegal

Ryan L. Gentile
Admitted NY & NJ

October 8, 2015

Hon. Esther Salas, U.S.D.J
District Court of New Jersey
50 Walnut Street Courtroom: MLK 5A
Newark, NJ 07102

  RE: Jerry K. Wong v. Phelan, Hallinan & Diamond, P.C. et al.
    Case Number: 2:14-cv-03252-ES-JAD
    Plaintiff's request to file a Response to Defendant's Supplemental Authority filed on October 6, 2015

Dear Judge Salas:

  I represent the Plaintiff Jerry K. Wong in the above matter. Pursuant to my telephone call on October 8, 2015 with your Chambers, I write to request leave to file a limited response to the Supplemental Authority in further support of Defendant Phelan Hallinan & Diamond, PC's Motion for Reconsideration of the Court's June 25, 2015 Opinion and Order that was filed by the Defendant Phelan Hallinan & Diamond, PC on October 6, 2015 (ECF No. 34).

  Plaintiff's proposed response will focus only on points, issues, and cases raised in the Defendant's Supplemental Authority (ECF No. 34) that are directly relevant to the matter before this Court. Specifically, Plaintiff's response will show how the supplemental authority cited by the Defendant is based on facts that are completely different from the present case before this Court and also does not cover or speak to sections of the FDCPA that the Plaintiff in this case alleges the Defendant violated.

  Thank you for your consideration in this matter

          Sincerely,

          /s/ Ryan Gentile
          _____
          Ryan Gentile, Esq.