**FLASTER GREENBERG**
ATTORNEYS AT LAW · A PROFESSIONAL CORPORATION

1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900
Fax: (856) 661-1919
www.flastergreenberg.com

**KENNETH S. GOODKIND, ESQUIRE**
Member of the NJ, NY & PA Bar
Direct Dial   (856) 661-2273
E-Mail:ken.goodkind@flastergreenberg.com
PLEASE RESPOND TO CHERRY HILL

February 2, 2016

<u>*Via Electronic Filing*</u>
Hon. Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
M. L. King, Jr. Courthouse
Room 5076
40 Walnut Street
Newark NJ  07102

Re:   *Jerry K. Wong v. Phelan, Hallinan & Diamond, P.C., et al.*
      *Case No. 2:14-cv-03252-ES-JAD*
      *Consent Order Extending Time to Respond to Complaint*

Dear Judge Dickson:

This firm represents Defendant Phelan, Hallinan & Diamond, P.C. Plaintiff's counsel, Ryan Gentile, Esq., and I have agreed to extend my client's time to respond to the complaint to February 19, 2016 from February 5, 2016.

Thank you for your consideration and attention to this matter. I am available at the Court's convenience if the Court has any questions or requires any additional information or action.

Respectfully,

FLASTER/GREENBERG P.C.

*s/Kenneth Goodkind*

Kenneth S. Goodkind

KSG/nlw
cc:   Ryan L. Gentile, Esquire (via ecf)

5490819 v1