FLASTER/GREENBERG P.C.
By: Kenneth S. Goodkind, Esq. (ID No. 030631978)
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900 - Phone
(856) 661-1919 - Facsimile
E-mail: ken.goodkind@flastergreenberg.com
*Attorneys for defendant Phelan Hallinan Diamond & Jones, PC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERRY K. WONG,<br><br>        Plaintiff,<br>v.<br><br>PHELAN HALLINAN & DIAMOND, PC, et al.<br>        Defendant. | CIVIL ACTION NO. 14-cv-3252 |

### DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Phelan Hallinan Diamond & Jones, PC, a nongovernmental corporate party, confirms that it does not have any parent corporation and that no publicly held corporation owns 10% or more of its stock.

FLASTER/GREENBERG P.C.

Dated: February 19, 2016        By:   /s/ Kenneth S. Goodkind
                                      Kenneth S. Goodkind, Esquire
                                      Commerce Center
                                      1810 Chapel Avenue West
                                      Cherry Hill, NJ 08002
                                      (856) 661-1900
                                      (856) 661-1919 (fax)
                                      ken.goodkind@flastergreenberg.com
                                      *Attorneys for Defendant Phelan Hallinan Diamond & Jones, PC*

5518663 v1

## CERTIFICATE OF SERVICE

I, Kenneth S. Goodkind, hereby certify that on the 19th day of February, 2016, pursuant to the requirements of the Federal Rules of Civil Procedure, this Disclosure Statement has been filed electronically and is available for viewing and downloading from the ECF system.

/s/ *Kenneth S. Goodkind*
**Kenneth S. Goodkind, Esquire**

5518663 v1