FLASTER GREENBERG, PC
By: Kenneth S. Goodkind, Esq (KG1465)
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Telephone: 856-661-2273
Facsimile: 856-661-1919
E-mail: ken.goodkind@flastergreenberg.com
Attorneys for Defendant Phelan Hallinan Diamond & Jones, PC,
f/k/a/ Phelan Hallinan & Diamond, PC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JERRY K. WONG, on behalf of himself and all others similarly situated,<br><br>Plaintiff/Counterlclaim Defendant,<br>,<br>v.<br><br>PHELAN, HALLINAN & DIAMOND, PC,<br><br>Defendant/Counterclaimant,<br><br>and<br><br>GREEN TREE SERVING, LLC,<br><br>Defendant. | Case No. 2:14-cv-03252-ES-JAD |

**REQUEST FOR ENTRY OF DEFAULT AGAINST PLAINTIFF ON COUNTERCLAIM OF DEFENDANT PHELAN**

**TO THE CLERK OF THE COURT:**

Please enter the default of the Plaintiff/Counterclaim Defendant Jerry K. Wong for failure to plead or otherwise respond, as required by the Federal Rules of Civil Procedure, to the

Counterclaim of Defendant/Counterclaimant Phelan Hallinan Diamond & Jones, PC, as appears from the Certification of Kenneth Goodkind, Esquire submitted herewith.

                                                   **FLASTER/GREENBERG P.C.**

Dated: April 4, 2016              By:   *s/ Kenneth Goodkind*
                                                     Kenneth Goodkind
                                                     *Attorneys for Defendant/Counterclaimant*
                                                     *Phelan Hallinan Diamond & Jones, PC*