FLASTER GREENBERG, PC
By:    Kenneth S. Goodkind, Esq (KG1465)
1810 Chapel Avenue West
Cherry Hill, NJ  08002
Telephone: 856-661-2273
Facsimile: 856-661-1919
E-mail: ken.goodkind@flastergreenberg.com
Attorneys for Defendant Phelan, Hallinan Diamond & Jones, PC
f/k/a Phelan Hallinan & Diamond, PC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERRY K. WONG, on behalf of himself and all others similarly situated,<br><br>  Plaintiff/Counterlclaim Defendant,<br><br>v.<br><br>PHELAN, HALLINAN & DIAMOND, PC,<br><br>  Defendant/Counterclaimant,<br><br>and<br><br>GREEN TREE SERVING, LLC,<br><br>  Defendant. | Case No. 2:14-cv-03252-ES |

### CERTIFICATION OF SERVICE

I, Kenneth S. Goodkind, hereby certify that on April 4, 2016, a true and correct copy of defendant Phelan Hallinan Diamond & Jones, PC's Request for Entry of Default Against Plaintiff on Counterclaim, Certification of Kenneth Goodkind, Esquire in Support, and this Certification of Service, were filed electronically and available for viewing and downloading from the ECF system.

Dated:  April 4, 2016                    /s/Kenneth S. Goodkind

5608334 v1