**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JERRY K. WONG,** | |
| **Plaintiff,** | **Civil Action No.  14-3252(ES)(JAD)** |
| **v.** | |
| | **ORDER** |
| **PHELAN, HALLINAN & DIAMOND, PC; and GREEN TREE SERVICING, LLC** | |
| **Defendants.** | |

JOSEPH A. DICKSON, U.S.M.J.

   This matter having come before the Court on the motion of Law Offices of Gus Michael Farinella, PC ("the Movant"), attorneys for Jerry K. Wong, for the pro hac vice admission of Shimshon Wexler, Esq. pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the motion, which reflect that Shimshon Wexler, Esq. satisfies the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and for good cause shown,

   **IT IS** on this 28 day of June, 2016,

   **ORDERED** that the application for the pro hac vice admission of Shimshon Wexler, Esq. (ECF No. 54), is granted; and it is further

   **ORDERED** that Shimshon Wexler, Esq., a member in good standing of the Bars of the State of New York and Georgia, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

   **ORDERED** that Shimshon Wexler, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court

immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that Shimshon Wexler, Esq. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from his participation in this matter; and it is further

**ORDERED** that the Movant shall (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Shimshon Wexler, Esq. (c) sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of the cause and Shimshon Wexler, Esq. in this matter; and it is further

**ORDERED** that Shimshon Wexler, Esq. shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that, if he has not already done so in connection with this action, Shimshon Wexler, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Shimshon Wexler, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

**SO ORDERED**

**JOSEPH A. DICKSON, U.S.M.J.**

cc:    Hon. Esther Salas, U.S.D.J.